# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D19-0844
_____

AMERICAN AIRLINES GROUP;
AMERICAN AIRLINES and
SEDGWICK CMS,

    Appellants,

    v.

JONATHAN IBERO,

    Appellee.

_____

On appeal from an order of the Judge of Compensation Claims.
Edward Almeyda, Judge.

Date of Accident:  October 22, 2016.

September 19, 2019

PER CURIAM.

    AFFIRMED.

RAY, C.J., and LEWIS and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

Michael A. Hernandez of Jones, Hurley & Hand, P.A., Miami, for Appellants.

Toni L. Villaverde of Toni L. Villaverde, PLLC, Coral Gables, for Appellee.